

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00343-CV

_____

DIEGO CARDONA AND TX ROGUE ENERGY SERVICES, LLC, Appellants

V.

RENEGADE WELL SERVICES, LLC, Appellee

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2018199

Before Bassel, J.; Sudderth, C.J.; and Meier, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 31, 2018